THE PEOPLE *ex rel.* DONALD BALLARD, Petitioner-Appellant, *v.* PETER B. BENSINGER *et al.,* Respondents-Appellees.

(No. 73-449;

Second District (2nd Division)—January 2, 1975

Opinion by Mr. JUSTICE RECHENMACHER.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

William Sisler, State's Attorney, of Freeport, for the People.